UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 04, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDRAE HAWKINS,

        Defendant.

Case No. 2:24-mj-00100-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRAE HAWKINS, Case No. 2:24-mj-00100-JDP, Charge 18 U.S.C. § 1201(c), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 100,000.00

    __X__ Unsecured Appearance Bond $ 100,000.00

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): The defendant shall be released on 9/5/2024 at 9:00 a.m. to Ms. Malina Whitten.

Sacramento County Jail is further ORDERED to release the defendant with a

__X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 4, 2024 at 3:00 p.m.

By: _/s/ Jeremy D. Peterson_

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE